Rob Bonta, State Bar No. 202668
Attorney General of California
Jay M. Goldman, State Bar No. 168141
Supervising Deputy Attorney General
Ryan T. Gille, State Bar No. 262105
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4454
  Fax:  (415) 703-5843
  E-mail:  Ryan.Gille@doj.ca.gov
*Attorneys for Defendants*
*Gipson, Peery, Hicks, Hall,*
*Johnson, Soto, Trenda, Benavidez, Oakes,*
*and Kibler*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD ARMENTA,**<br><br>                    Plaintiff,<br><br>v.<br><br>**CONNIE GIPSON, et al. ,**<br><br>                   Defendants. | 2:22-cv-00737-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Judge:    The Honorable William B. Shubb<br>Trial Date:  N/A<br>Action Filed:  April 29, 2022 |

The Court, having considered Defendants' Gipson, Peery, Hicks, Hall, Johnson, Soto, Trenda, Benavidez, Oakes, and Kibler (Defendants) request for extension of time to file a responsive pleading, and good cause appearing:

IT IS ORDERED:  Defendants requested extension is granted and the responsive pleading shall be filed no later than April 10, 2023.

IT IS SO ORDERED.

Dated: March 23, 2023.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2023400205

1