1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JAY M. GOLDMAN, State Bar No. 168141
   Supervising Deputy Attorney General
3  RYAN T. GILLE, State Bar No. 262105
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 510-4454
    Fax: (415) 703-5843
6   E-mail: Ryan.Gille@doj.ca.gov
   *Attorneys for Defendants*
7  *Gipson, Peery, Hicks, Hall,*
   *Johnson, Soto, Trenda, Benavidez, Oakes*
8  *and Kibler*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD ARMENTA,** | 2:22-cv-00737-WBS-EFB |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL AND ALLOW PLAINTIFF TO AMEND THE FIRST AMENDED COMPLAINT TO REPLACE NAMES** |
| v. | |
| **CONNIE GIPSON, et al.,** | |
| Defendants. | Judge:  The Honorable Edmund F. Brennan<br>Trial Date:  N/A<br>Action Filed:  April 29, 2022 |

Plaintiff Robert Armenta currently has a motion to compel discovery responses pending. (ECF No. 82.) The parties have met-and-conferred on the matter and request that the motion be withdrawn. The parties also stipulate that Plaintiff be allowed to amend his first amended complaint only to insert the name of Castillanos in place of currently named defendant Castaneda, and Deras in place of currently named defendant Casillas. The parties also agree to dismiss Castillanos and Castaneda without prejudice.

Dated: May 8, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

/s/ Ryan T. Gille
RYAN T. GILLE
Deputy Attorney General
*Attorneys for Defendants
Gipson, Peery, Hicks, Hall,
Johnson, Soto, Trenda, Benavidez, Oakes
and Kibler*

Dated: May 8, 2024

/s/ Richard Armenta
Richard Armenta
Plaintiff in *Pro Se*

///
///
///

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Plaintiff's Motion to Compel (ECF No. 82) is withdrawn.  It is also ordered that Plaintiff may amend his First Amended Complaint only to insert the name of Castillanos in place of currently named defendant Castaneda, and Deras in place of currently named defendant Casillas.  Castillanos and Castaneda are dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 10, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE