IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ARMENTA,**<br><br>Plaintiff,<br><br>v.<br><br>**CONNIE GIPSON, et al. ,**<br><br>Defendants. | Case No. 2:22-cv-00737-WBS-EFB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT |

The Court, having considered Defendants' Gipson, Peery, Hicks, Hall, Johnson, Soto, Trenda, Benavidez, Oakes, Kibler, Gomez, Castellanos, Deras, and D. Williams (Defendants) request for extension of time to file a responsive pleading, and good cause appearing:

**IT IS ORDERED**: Defendants requested extension is granted and the deadline for Defendants to file a summary judgment motion is no later than July 14, 2025.

**IT IS SO ORDERED**.

Dated: May 29, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defs.' Req. re: MSJ(2:22-cv-00737-WBS-EFB)