IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD ARMENTA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　　　　　　　　　Defendants. | 2:22-cv-00737-WBS-EFB<br><br>[**PROPOSED**] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT<br><br>Judge:　　　The Honorable William B. Shubb<br>Trial Date:　N/A<br>Action Filed: April 29, 2022 |

　　　The Court, having considered Defendants' Gipson, Peery, Hicks, Hall, Johnson, Soto, Trenda, Benavidez, Oakes, Kibler, Gomez, Castellanos, Deras, and D. Williams (Defendants) request for extension of time to file a dispositive motion, and good cause appearing:

　　　**IT IS ORDERED**: Defendants requested extension is granted and the deadline for Defendants to file a summary judgment motion is no later than November 26, 2025. Any opposition shall be filed 21 days after service of the motion and replies are due 14 days after service of any opposition.

///

///

///

1

[PROPOSED] ORDER RE: EOT  (2:22-cv-00737-WBS-EFB)

**IT IS SO ORDERED**.

Dated: December 2, 2025

_Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE