UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE GIPSON, et al.,<br><br>Defendants. | No. 2:22-cv-00737-WBS-EFB (PC)<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a response to defendants' November 26, 2025, motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time (ECF Nos. 144, 146) are granted; and

2. Plaintiff's response to the motion for summary judgment shall be filed on or before January 30, 2026.

Dated: January 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1