UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br>Plaintiff,<br>v.<br>CONNIE GIPSON, et al.,<br>Defendants. | No. 2:22-cv-0737-WBS-EFB (PC)<br><br>ORDER |

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. Defendants seek a second extension of time to object to the findings and recommendations to obtain a declaration in support of their objections. ECF No. 174. The court has already granted defendants a 14-day extension of time. ECF No. 171. The court has discretion whether to accept new evidence submitted with objections to a magistrate judge's findings and recommendations. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000). Defendants in this action are represented by counsel. They had the opportunity

to present all evidence in support of their arguments in connection with the original briefing on the motions considered by the magistrate judge and have been granted additional time to file objections. The court therefore declines to grant the second extension of time.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 2, 2026 are adopted in full.
2. Defendant's motion for a second extension of time to object to the findings and recommendations (ECF No. 174) is DENIED.
3. Plaintiff's motion for a temporary restraining order regarding prospective housing transfers and/or assignments (ECF No. 143) is DENIED.
4. Defendant's motion for summary judgment, ECF No. 141, is GRANTED IN PART and DENIED IN PART, as follows:
    a. The motion is DENIED as to plaintiff's claims against defendants Oakes, Peery, Soto, and Trenda.
    b. The motion is GRANTED as to plaintiff's claims against defendants Benavidez, Castillanos, Deras, Gipson, Gomez, Hall, Hicks, Johnson, Kiebler, and Williams.

Dated: September 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE